UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JOSEPH REISWERG, | ) |
| | ) |
| Plaintiff/Counterclaim Defendant, | ) |
| | ) |
| v. | ) CAUSE NO.: 1:07-cv-00042-WTL-DML |
| | ) |
| GREAT AMERICAN INSURANCE COMPANY, | ) |
| | ) |
| Defendant/Counterclaim Plaintiff/ | ) |
| Third-Party Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| PAM STATOM, | ) |
| | ) |
| Third-Party Defendant. | ) |

**ORDER OF ATTORNEYS' FEES AND COSTS INCURRED
BY THIRD-PARTY DEFENDANT PAM STATOM
IN CONNECTION WITH OBTAINING ORDER OF CONTEMPT**

On September 2, 2009, the Court entered its Entry Regarding Motion For Sanctions And Contempt Order And Order Of Contempt. Doc. 135. The Entry granted Third-Party Defendant Pam Statom's Motion For Sanctions And Order Finding Plaintiff Joseph Reiswerg In Contempt Of Court (Doc. 95). The Court determined in its order that "[t]he record is clear that Reiswerg chose not to fully comply with this Court's order of July 7, 2008" and found Reiswerg in contempt of court. Doc. 135 at p. 4. The Court granted Statom's request for sanctions and ordered Statom to file a notice with the Court documenting the amount of attorneys' fees and costs "incurred in attempting to convince Reiswerg to produce the documents as ordered, including the filing of the instant motion and the reply in support of it as well as her counsel's pre-filing efforts." *Id.* at p. 5.

- 2 -

Pursuant to the Court's Entry, Statom has submitted to this Court for its consideration a statement of her attorneys' fees and costs. Based on the Notice, and the lack of objection thereto:

IT IS ORDERED that the attorneys' fees and costs as set forth in Statom's Notice were reasonably incurred in connection with the Motion For Sanctions And Order Finding Plaintiff Joseph Reiswerg In Contempt Of Court;

IT IS FURTHER ORDERED that Plaintiff Joseph Reiswerg shall pay these reasonable attorneys' fees and costs in the amount of $6,565.50;

IT IS FURTHER ORDERED that Plaintiff Joseph Reiswerg shall pay the attorneys' fees and costs set forth in this Order within 60 days of the date of this Order; and

IT IS FURTHER ORDERED that Reiswerg's failure to pay the amount of attorneys' fees as required by this Order may subject him to additional sanctions and fees.

Dated: 12/01/2009

*William T. Lawrence*

Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Copies to all counsel of record via electronic notification